UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE L TARAZON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-00060 |
| | § | |
| LTD FINANCIAL SERVICES, L.P., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby **STRIKES** docket number twenty, comprised solely of a two-sentence proposed order.[1] Because nothing is actually being sought, there is no relief to grant. Accordingly, Defendant's filing is hereby **STRICKEN**. Moreover, Defendant is **ORDERED** to file any renewed dismissal motion no later than thirty days from the issuance of this order.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 6th day of July, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] *See* Dkt. No. 20.